FILED

MAY 16 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00308
Judge Franklin U. Valderrama
Magistrate Judge M. David Weisman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 16, 2023

UNITED STATES OF AMERICA

v.

JACQUELINE C. BROWN

Violation: Title 18, United States Code, Section 656

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

Between on or about July 22, 2019, and on or about February 19, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JACQUELINE C. BROWN,

defendant herein, being an employee of GN Bank, a financial institution the deposits of which are insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud GN Bank, did embezzle, abstract, purloin, and willfully misapply approximately $434,000 in moneys, funds, and credits of GN Bank;

In violation of Title 18, United States Code, Section 656.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY